IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANNE F. EDWARDS | : | |
| | : | |
|     Appellant, | : | Civil Action No. |
| | : | 5:09-cv-163(HL) |
| v. | : | |
| | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
|     Appellee. | : | |
| | : | |

## ORDER

Before the Court in this bankruptcy appeal is Appellant Anne Edwards's Response (Doc. 7) to the Court's June 10, 2009, Order to Show Cause (Doc. 4). In that Order, the Court ordered Appellant to show cause why her appeal should not be dismissed for failure to file a brief. Appellant, proceeding pro se, asserts in her Response to the Order that she believed that a document she filed with her Notice of Appeal (Doc. 1) satisfied the requirement of a brief. A review of the documents filed with her Notice of Appeal reveals no documents that constitute a brief. There is a document styled as a "Statement of Issues," but that document simply contains four conclusory assertions about the case.

Because Appellant is proceeding pro se, and her failure to file a brief apparently resulted from her good faith mistake about the briefing requirements, the Court finds

1

good cause to extend the briefing deadline.  Appellant shall have until July 15, 2009, to file a brief in support of her appeal.

**SO ORDERED**, this the 30th day of June, 2009.

<u>s/  Hugh Lawson</u><br>
**HUGH LAWSON, Judge**

dhc